AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __M. D. Alabama__

RECEIVED
2007 APR 25 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Hawaii-Alabama Intervenor inmates, 2004,

Plaintiff

V.

Warden Ernest Taylor, CCA/TCCF; et al.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Bivens Case

CASE NUMBER: 2:07CV346-MHT

I, __Plaintiff Class Member F. Grandinetti__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __CCA/TCCF #1403 Federal Contractor, MS.__

   Are you employed at the institution? __No__   Do you receive any payments from the institution? __yes, 9/2004.__ $20.00

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. __Not available.__

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  __N/A.__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   CCA/TCCF,   8/2004   $20.00 only.
              9/2004   $20.00 only.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.  __N/A.__

AO 240 Reverse (Rev. 10/03)

CCA, Hawaii, Mississippi, Arizona, etc., have plaintiff on "no work" and "Lock-Down" status. No workline or school allowed. (Transportation status.)

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount.  CCA Acct #53, CCA #5942 acct, CCA # ___ acct.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value.
   Any bank checks, accounts, property, clothes, ID's, contracts, insurance/PA policies, rental units, etc., seized or arrested in 93-141CR and 88-2074CR, Honolulu, HI. Unresolved, or pending, in Hawaii state courts.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Self only. No child support/court orders/paternity orders. Family estates, deceased family members, any rights reserved. No family members have sent money, items, food, since Texas; approx. 1999. (Family/visitor's list.)

I declare under penalty of perjury that the above information is true and correct.

April 15, 2007, Sun.                    _Francis Nudlimentti_ #A0185087
_____                 _____
       Date                                   Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.