U.S. District Court, M.D. Alabama
Northern Division

Grandinetti

vs.

Taylor, et al.

RECEIVED
2007 MAY -9 A 9:57
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-CV-346-MHT

Motion

Pro se Plaintiff's Motion For An Order To
Doc. 3-1 R & R (April 27, 2007)

On April 30, 2007, the pro se plaintiff received the Court's Report. Objections are promptly made on May 1, 2007, and the May 9, 2007 deadline is noted. (Proof of Service.)

The May 9, 2007 deadline is hereby motioned for a thirty-day extension of time, to June 10, 2007, for 3 reasons:

(1) The TCCF law librarian, Mrs. Velethia McAbee, left last month, and no replacement has been made. No law library services have been available.

(2) Plaintiff has been sick, from a liver infection and testicular infection; likely Hepatitis B or T.B. CCA/TCCF has refused to provide M/U services.

(3) During the thirty-day tolling period, through 06/10/2007, CCA/TCCF may choose to release or transfer plaintiff from said undesired facility.

Impromptu Objections: Venue may lie at the N.D. of Alabama. This is a class action case, from 2003, ADOC. Plaintiff's CCA ID number is: CCA29840.

Dated: May 1, 2007, Tuesday.    By: Francis Grandinetti
(28 U.S.C. §1746.)                      plaintiff



**CORRECTIONS CORPORATION OF AMERICA**
*TALLAHATCHIE COUNTY CORRECTIONAL FACILITY*
*EDUCATION DEPARTMENT*
*295 U.S. Highway 49 South*
*P.O. Box 368*
*Tutwiler, MS  38963-0368*

## INMATE MOBILE LAW LIBRARY REQUEST FORM
## FOR HAWAII INMATES

Inmate:_____   DOC #:_____   Date:_____
         **Print Your Name**
Unit_____Block_____Cell_____Bed_____

I Request the Following Legal Materials.            2:07-CV-346-MHT

Please indicate the Type of Legal Material Requested:
   a. _____Post-Conviction Packet/Rule 40 Petition
   b. _____Correction of Illegal Sentence/Rule 35 Petition
   c. _____42 U.S.C.A. 1983 Form (Designate Northern or Southern District of
           Mississippi or Hawai'i District court)
   d. _____28 U.S.C.A. 2254 Habeas Corpus Form
   e. _____Need to review policy on_____
   _____

**IF YOU HAVE AN ACTIVE CASE PENDING IN A CIVIL OR POST-CONVICTION**
**CASE INDICATE THE CIVIL OR SPP NUMBER HERE:**_____
   f. _____Copy of Cited Case(s):
   a. _____ Mr. Ahee Absent
   b. _____ one month, thus far.
   c. _____
   g. Copy of Statute(s)_____
   h. Rules of Court:_____
   i. Supplies: Pen_____Paper_____
   j. Copies (list document to be copied)_____
   k. Mail Services:_____
   l. Notary Services: (ID required) List document to be notarized:_____

Signed, this __1st__ day of __May__ 200~6~7.    ꝭ, _____
                                                        Signature of Inmate

1 Revised June 22, 2006

Mailbox Rule:
FRAP 25(c),
May 4, 2007, Tues.
28 U.S.C. §1746.

CCA # 09845

Grandinetti, Francis A., II
A-0185087 PSD-HI (SID)
CCA/TCCF #1403
295 U.S. Hwy. 49 South
Tutwiler MS 38963

Legal Mail - USPS

U.S. District Clerk
M.D. Alabama
P.O. Box 711
Montgomery AL 36101-0711

$ 00.39⁰
0004626167  MAY 07 2007
MAILED FROM ZIP CODE 38963

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

2:07-CV-346-MHT
Motion, FRCP