IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FRANCIS A. GRANDINETTI, II          *
#A-185 087
      Plaintiff,                         *

     v.                                          *          2:07-CV-346-MHT

WARDEN ERNEST TAYLOR, CCA/TCCF,     *
*et al.*,
      Defendant.                        *

_____

## ORDER ON MOTION

Plaintiff seeks an extension to and including June 10, 2007 to file objections to the Recommendation of the Magistrate Judge entered on April 27, 2007. Plaintiff's request that he be allowed an additional thirty days to file objections to the April 27 Recommendation shall be denied. The original objection period is 13 days. The purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is not to re-argue the merits of the complaint nor to present additional arguments. Citation to legal authority is not required. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.

In light of the foregoing, Plaintiff shall be granted an additional fourteen (14) day time period within which file his objections. No additional time to file objections shall be entertained by the court.

Accordingly, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time to and including June 10, 2007 to file objections (Doc. No. 4), is DENIED;

2.  Plaintiff is GRANTED an extension from May 9, 2007 to May 23, 2007 to file his objections.  No further requests for additional time to file objections shall be entertained by the court.

Done, this 11th day of May 2007.


    /s/  Wallace Capel, Jr.                       
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE