IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FRANCIS A. GRANDINETTI, II        *
#A-185 087
    Plaintiff,                                     *

    v.                                             *          2:07-CV-346-MHT
                                                                        (WO)

WARDEN ERNEST TAYLOR, CCA/TCCF,    *
*et al.*,
    Defendants.                             *

_____

**ORDER**

A recommendation was made by the Magistrate Judge on April 27, 2007 (Doc. 3). Objections to the report and recommendation were received on May 24, 2007 (Doc. 6). After an independent and de novo review of the record, it is ORDERED:

1.     that the objections are OVERRULED;

2.     that the recommendation of the Magistrate Judge is ACCEPTED;

3.     that the motion for leave to proceed *in forma pauperis,* filed by Plaintiff on March 30, 2007 (Doc. 2), is DENIED; and

4.     that this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE, this the 1st day of June, 2007.

                                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE