IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FRANCIS A. GRANDINETTI, II #A-185 087 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-346-MHT (WO) |
| WARDEN ERNEST TAYLOR, CCA/TCCF, *et al.*, | * | |
| Defendants. | * | |

_____

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case,

it is ORDERED and ADJUDGED that this action is dismissed without prejudice.

DONE, this the 1st day of June, 2007.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE